RECEIVED
AUG - 4 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CANDACE GHOLSON and
KRISTY GHOLSON

    Plaintiff,

v.

MYLAN, INC., et al.

    Defendant.

CASE NO. 3:09-cv-02042~~=EMC~~

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

James Craig Orr, Jr. , whose business address and telephone number is

Heygood, Orr & Pearson, 2331 W. Northwest Hwy., 2nd Floor, Dallas, Texas 75220, (214) 237-9001

and who is an active member in good standing of the bar of the State of Texas

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Candace Gholson and Kristy Gholson.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 19, 2009

*Jeffrey S. White*
~~Edward C. Chen~~
United States District Judge
JEFFREY S. WHITE

The Court has been advised that the filing fee actually was paid on August 4, 2009. Accordingly, the Court HEREBY REVOKES the Order dated August 18, 2009 denying this application without prejudice.