IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CANDACE GHOLSON,

    Plaintiff,

v.

MYLAN, INC.,

    Defendant.
                                    /

No. C 09-02042 JSW

**ORDER TO SHOW CAUSE**

This matter is set for an initial case management conference on September 18, 2009. The parties' Joint Case Management Conference Statement was due on September 11, 2009. As of the issuance of this Order, no statement has been filed. Accordingly, the parties are HEREBY ORDERED to show cause why sanctions of $250 should not be imposed on counsel for failure to comply with this deadline. The parties' responses shall be due by no later than September 17, 2009 at 4:00 p.m.

**IT IS SO ORDERED.**

Dated: September 15, 2009

                                                      
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE