IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CANDACE GHOLSON,

    Plaintiff,

    v.

MYLAN, INC.,

    Defendant.
_____/

No. C 09-02042 JSW

**ORDER OF REFERRAL**

Pursuant to Northern District Civil Local Rule 72-1, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for the resolution of all discovery disputes. If you do not hear from the Court regarding an assignment to a Magistrate Judge within 14 days, please contact this Court's Courtroom Deputy, Jennifer Ottolini at 415-522-4173.

**IT IS SO ORDERED.**

Dated: September 23, 2009

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE

cc: Wings Hom