| | |
|---|---|
| 1 | JAMES C. HYDE (SBN 88394) |
|   | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | 50 West San Fernando Street, Suite 1400 |
|   | San Jose, CA 95113-2429 |
| 3 | Telephone: (408) 287-6262 |
|   | Facsimile: (408) 918-4501 |
| 4 | email: jhyde@rmkb.com |
| 5 | JENNIFER L. CAIRNS (appearing *pro hac vice*) |
|   | BRYAN C. BRANTLEY (appearing *pro hac vice*) |
| 6 | BRIAN K. PARKER (appearing *pro hac vice*) |
|   | McGUIRE WOODS, LLP |
| 7 | Dominion Tower |
|   | 625 Liberty Avenue, 23rd and 27th Floors |
| 8 | Pittsburgh, PA 15222-3142 |
|   | Telephone: (412) 667-6000 |
| 9 | Facsimile: (412) 667-6050 |
|   | email: bbrantley@mcguirewoods.com |
| 10 | |
|   | Attorneys for Defendants |
| 11 | MYLAN, INC., MYLAN PHARMACEUTICALS |
|   | INC. (erroneously sued herein as MYLAN |
| 12 | PHARMACEUTICALS, INC.) AND MYLAN |
|   | TECHNOLOGIES INC. (erroneously sued herein as |
| 13 | MYLAN TECHNOLOGIES, INC.) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| CANDACE GHOLSON and KRISTY GHOLSON, | CASE NO. C09-02042 JSW |
| Plaintiffs, | **STIPULATION AND ORDER TO FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND TO EXTEND CASE MANAGEMENT AND DISCOVERY DEADLINES** |
| v. | |
| MYLAN, INC., MYLAN PHARMACEUTICALS, INC. and MYLAN TECHNOLOGIES, INC., | Complaint Filed: May 8, 2009 |
|  | Trial Date: April 18, 2011 |
| Defendants. | |

COMES NOW Plaintiffs CANDACE GHOLSON and KRISTY GHOLSON and Defendants MYLAN INC., MYLAN PHARMACEUTICALS INC., and MYLAN TECHNOLOGIES INC., by and through their attorneys of record, and submit the following Stipulation and Proposed Order For Leave to File Second Amended Complaint and to Extend

Case Management and Discovery Deadlines:

1. On September 21, 2009 the Court issued an Order Scheduling Trial and Pretrial Matters which included deadlines for the completion of fact and expert discovery. Per the Order, all fact discovery is to be completed by April 1, 2010 and all expert discovery is to be completed by July 30, 2010.

2. On December 24, 2009, plaintiffs filed an amended complaint naming five new defendants, ALZA CORPORATION, JANSSEN PHARMACEUTICA PRODUCTS, L.P., JANSSEN, L.P., JANSSEN PHARMACEUTICA, INC., and ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.

3. ALZA CORPORATION, JANSSEN PHARMACEUTICA PRODUCTS, L.P., JANSSEN, L.P., JANSSEN PHARMACEUTICA, INC., AND ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., the newly named defendants, have not been served with the amended complaint as of this date and have not appeared in the action.

4. Plaintiffs seek to amend their complaint a second time to modify certain legal and factual allegations, but do not seek to add any additional parties. The parties hereby request an order allowing plaintiffs to immediately file their proposed Second Amended Complaint, a copy of which is attached hereto as Exhibit A. By joining in this Stipulation, Mylan in no way waives, or intends to waive its right to deny the allegations contained in Plaintiffs' Second Amended Complaint. Mylan further preserves its right to answer or otherwise plead in response to Plaintiffs' Second Amended Complaint in accordance with the Federal Rules of Civil Procedure.

5. The Parties hereby request an order extending the time for completion of fact and expert discovery and date set for hearing of Daubert Motions to allow time for the newly named defendants to appear in the action and participate in discovery.

6. A further Case Management Conference is currently set for September 24, 2010. The Parties further request the court advance the date for the Further Case Management Conference to set new deadlines for completion of fact and expert discovery and hearings on Daubert Motions and other dates as may be appropriate in light of the addition of new parties to the action.

IT IS SO STIPULATED.

Dated: February 26, 2010

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ James C. Hyde
JAMES C. HYDE
JULIAN PARDO de ZELA
MYLAN INC., MYLAN PHARMACEUTICALS INC., MYLAN TECHNOLOGIES INC.

Dated: February 26, 2010

MAGANA, CATHCART & MCCARTHY

By: /s/
CHARLES MILLER
ERIC D. PEARSON
JAMES CRAIG ORR, JR.
MICHAEL HEYGOOD
Attorneys for Plaintiffs

## ORDER

Pursuant to the Stipulation above and good cause appearing therefore, Plaintiffs are granted leave to file their Second Amended Complaint, a copy of which is attached hereto as Exhibit A and the deadlines for completion of fact and expert discovery and hearing of Daubert Motions are vacated. The Further Case Management Conference set for September 24, 2010 is reset for April 30, 2010 at 1:30 p.m.

IT IS SO ORDERED.

Dated: March 1, 2010

/s/ Jeffrey S. White
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE