| | |
|---|---|
| 1 | JAMES C. HYDE (SBN 88394) |
| | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | 50 West San Fernando Street, Suite 1400 |
| | San Jose, CA  95113-2429 |
| 3 | Telephone:     (408) 287-6262 |
| | Facsimile:      (408) 918-4501 |
| 4 | email:             jhyde@rmkb.com |
| 5 | JENNIFER L. CAIRNS (appearing *pro hac vice*) |
| | BRYAN C. BRANTLEY (appearing *pro hac vice*) |
| 6 | BRIAN K. PARKER (appearing *pro hac vice*) |
| | McGUIRE WOODS, LLP |
| 7 | Dominion Tower |
| | 625 Liberty Avenue, 23rd and 27th Floors |
| 8 | Pittsburgh, PA  15222-3142 |
| | Telephone:     (412) 667-6000 |
| 9 | Facsimile:      (412) 667-6050 |
| | email:             bbrantley@mcguirewoods.com |

Attorneys for Defendants
MYLAN, INC., MYLAN PHARMACEUTICALS INC. (erroneously sued herein as MYLAN PHARMACEUTICALS, INC.) AND MYLAN TECHNOLOGIES INC. (erroneously sued herein as MYLAN TECHNOLOGIES, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| CANDACE GHOLSON and KRISTY GHOLSON, | CASE NO.  C09-02042 JSW |
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE DEFENDANTS' DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT** |
| v. | |
| MYLAN, INC., MYLAN PHARMACEUTICALS, INC. and MYLAN TECHNOLOGIES, INC., | Complaint Filed:    May 8, 2009 |
| Defendants. | Trial Date:             April 18, 2011 |

COMES NOW Plaintiffs CANDACE GHOLSON and KRISTY GHOLSON and Defendants MYLAN INC., MYLAN PHARMACEUTICALS INC., and MYLAN TECHNOLOGIES INC., by and through their attorneys of record, and submit the following Stipulation to Continue Defendant's Deadline to Respond to the Second Amended Complaint:

1. On December 24, 2009, plaintiffs filed an amended complaint naming five new defendants, ALZA CORPORATION, JANSSEN PHARMACEUTICA PRODUCTS, L.P., JANSSEN, L.P., JANSSEN PHARMACEUTICA, INC., and ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.

3. On March 2, 2010, plaintiffs filed a second amended complaint, which modified certain legal and factual allegations but did not add any additional parties.

4. Upon information and belief, March 22, 2010 is the deadline for defendants to file a Response to the second amended complaint.

5. The parties hereby request an order allowing defendants a one-week extension, until March 29, 2010, to file a Response to the second amended complaint.

IT IS SO STIPULATED.

Dated: March 22, 2010

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
JAMES C. HYDE
JULIAN PARDO de ZELA
MYLAN INC., MYLAN
PHARMACEUTICALS INC., MYLAN
TECHNOLOGIES INC.

Dated: March 22, 2010

MAGANA, CATHCART & MCCARTHY

By: /s/
CHARLES MILLER
ERIC D. PEARSON
JAMES CRAIG ORR, JR.
MICHAEL HEYGOOD
Attorneys for Plaintiffs

### ORDER

Pursuant to the Stipulation above and good cause appearing therefore, Plaintiffs are granted until March 29, 2010 to Respond to the Second Amended Complaint.

IT IS SO ORDERED.

Dated: March 22, 2010

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE