IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CANDACE GHOLSON, et al.,

      Plaintiffs,

    v.

MYLAN, INC., et al.,

      Defendants.

_____/

No. C 09-02042 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On April 1, 2010, Defendant Alza Corporation filed a motion to dismiss, which is noticed for hearing on June 4, 2010.  Plaintiffs' opposition to the motion shall be due on April 16, 2010, and Alza's reply brief shall be due on April 23, 2010.  If any of the parties seek to modify this briefing schedule, they must submit a request demonstrating good cause for a modification.  If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: April 2, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California