IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CANDACE GHOLSON, et al.,

    Plaintiffs,

v.

MYLAN, INC., et al.,

    Defendants.

No. C 09-02042 JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINES**

The Court has received and considered the parties' supplemental Joint Case Management Statement and HEREBY VACATES the case management conference set for April 30, 2010. The Case Management Statement is adopted, except as expressly modified by this Order. It is further ORDERED that:

**A.   DATES**

Jury Trial Date: June 13, 2011 at 8:00 a.m., 15 day estimate

Pretrial Conference: May 23, 2011 at 2:00 p.m.

Hearing on *Daubert* motions: March 4, 2011 at 9:00 a.m.

Deadline to file *Daubert* motions: January 28, 2011

Discovery cut-off: January 28, 2011

Hearing on dispositive motions: December 17, 2010 at 9:00 a.m.

Deadline to file dispositive motions: November 12, 2010

Designation of Defendant's Experts: November 24, 2010

Designation of Plaintiff's Experts: September 24, 2010

**B.     DISCOVERY**

The parties are reminded that a failure voluntarily to disclose information pursuant to Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses pursuant to Rule 26(e) may result in exclusionary sanctions.  Thirty days prior to the close of discovery, lead counsel for each party shall serve and file a certification that all supplementation has been completed.

**C.     PROCEDURE FOR AMENDING THIS ORDER**

No provision of this order may be changed except by written order of this court upon its own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 or 7-1-(b) without a showing of very good cause.  If the modification sought is an extension of a deadline contained herein, the motion must be brought <u>before</u> expiration of that deadline.  The parties may not modify the pretrial schedule by stipulation.  A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk.  The only discovery schedule that the Court will enforce is the one set in this order.  Additionally, briefing schedules that are specifically set by the court may not be altered by stipulation; rather the parties must obtain leave of Court.

**IT IS SO ORDERED.**

Dated: April 26, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2