IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CANDACE GHOLSON, et al.,

    Plaintiffs,

v.

MYLAN, INC., et al.,

    Defendants.

No. C 09-02042 JSW

**ORDER RE NOTICE OF SETTLEMENT**

On November 15, 2010, the parties in this case filed a notice of settlement, in which they hoped to have the settlement finalized in the "next few weeks." There has been no further action taken in this case. Accordingly, it is HEREBY ORDERED that the parties shall submit a joint status report to the Court as to when they expect to file a notice of dismissal. The parties' joint status report shall be due by no later than February 11, 2011.

The placeholder hearing date for *Daubert* motions, set for March 4, 2011, is VACATED. If a dismissal is not filed by that date, the parties shall appear on March 4, 2011 at 1:30 p.m. to address the status of this case.

**IT IS SO ORDERED.**

Dated: January 31, 2011

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE